**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10334 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-01359-FJM |
| v. | |
| ENRIQUE ALDAY-LOPEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frederick J. Martone, District Judge, Presiding

Submitted February 15, 2011[**]

Before:     CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Enrique Alday-Lopez appeals from the district court's order revoking his

supervised release.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Alday-Lopez contends that the district court erred under *United States v.*

*Miqbel*, 444 F.3d 1173 (9th Cir. 2006), by improperly considering the need for

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

punishment.  This contention is belied by the record.

Alday-Lopez also contends that the district court erred by providing an insufficiently compelling justification for the sentence.  The district court did not commit procedural error.  *See United States v. Simtob*, 485 F.3d 1058, 1062 (9th Cir. 2007) (noting that deterrence is one consideration under 18 U.S.C. § 3553(a)(2)(B) and holding that "[t]he seriousness of the offense underlying the revocation, though not a focal point of the inquiry, may be considered to a lesser degree as part of the criminal history of the violator").  Moreover, in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors applicable under 18 U.S.C. § 3583(e), the sentence is substantively reasonable. *See Miqbel*, 444 F.3d at 1181-82 (explaining the factors to consider under 18 U.S.C. § 3583(e)).

**AFFIRMED.**

10-10334